IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE:<br><br>ATRIUM MEDICAL CORP., C-QUR MESH PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to:**<br>Victoria Steele | MDL NO. 2753<br><br>MDL Docket No. 1:16-md-02753-LM<br><br>Civil Action No.<br>18-cv-00483-LM |

**STIPULATION OF VOLUNTARY NONSUIT/DISMISSAL OF DEFENDANT GETINGE AB ONLY WITH PREJUDICE**

  COME NOW, Plaintiffs and Defendants in the above-referenced action, their counsel of record and hereby stipulate and agree to dismiss, with prejudice, Plaintiffs' claims against Defendant Getinge AB only. Each party agrees that it will bear its own costs and fees, including attorneys' fees, in connection with this matter.

  This dismissal does not extend to any other named defendant.

Dated:
01/14/2020

/s/ Henry G. Garrard, III

Henry G. Garrard, III

Blasingame, Burch, Garrard & Ashley

P.O. Box 832

Athens   Georgia   30603

706-354-4000   706-353-0673

hgarrard@bbga.com

*Attorney for Plaintiff*

Respectfully submitted,

s/ Katherine Armstrong

Katherine Armstrong

DECHERT LLP

Three Bryant Park

1095 Sixth Avenue

New York, New York 10036

Tel: (212) 698-3500

Fax: (212) 698-3599

katherine.armstrong@dechert.com

*Attorneys for Defendants,*
*Atrium Medical Corporation,*
*Maquet Cardiovascular US Sales, LLC,*
*and Getinge AB*

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on   01/14/2020 , the foregoing was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record.

/s/ Henry G. Garrard, III
Henry G. Garrard, III